USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 08/06/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

PEDRO ROCHA, GONCALO DELGADO FERNANDES, and MIGUEL PEREIRA,

Plaintiffs,

-v-

ZUMA PRESS, INC.,

Defendant.

---------------------------------------------------------------------X

26-cv-3260 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The Court held an initial pretrial conference in this matter today, August 6, 2026. This Order memorializes the rulings made at the conference:

Plaintiffs are directed to inform the Court by no later than August 13, 2026 whether they intend to withdraw the pending motion for default judgment at Dkt. No. 20. In the event that Plaintiffs decide to withdraw the motion, the parties are directed to meet and confer with respect to a briefing schedule on Defendant's anticipated motion to dismiss and to inform the Court of the briefing schedule in Plaintiff's August 13 letter.

Defendant's deadline to oppose the motion for default judgment is otherwise extended to August 21, 2026. Any cross-motion for vacatur of the Clerk of Court's certificate of default shall be filed by the same date. Plaintiffs' reply in support of the motion for default judgment shall be filed no later than August 28, 2026.

SO ORDERED.

Dated: August 6, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge